# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA HUDSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CHASE BANK USA,, N.A.,<br><br>    Defendant. | Case No.: SA CV 15-1749-DMG (ASx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE [29]** |

In accordance with the parties' stipulation, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. The parties shall bear their own attorney's fees and costs.

DATED: June 7, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1